Daniel A. Lev (CA Bar No. 129622)
dlev@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California  90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

(Proposed) Attorneys for National Merchant Center, Inc., Debtor and Debtor in Possession



FILED & ENTERED
NOV 25 2009
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re

NATIONAL MERCHANT CENTER, INC.,
a California corporation,

Debtor.

Case No. 8:09-22825-RK

Chapter 11

**ORDER GRANTING MOTION FOR ORDER SHORTENING TIME FOR HEARING RE EMERGENCY MOTION FOR ORDER AUTHORIZING MAINTENANCE OF PRE-PETITION CASH MANAGEMENT SYSTEM**

The Court, the Honorable Robert Kwan, United States Bankruptcy Judge, presiding, having considered the "Motion for Order Shortening Time for Hearing Re Emergency Motion for Order Authorizing Maintenance of Pre-Petition Cash Management System" (the "Motion"), filed by National Merchant Center, Inc. a California corporation, the debtor and debtor in possession herein, for the issuance of an order shortening time for a hearing on its "Emergency Motion for Order Authorizing Maintenance of Pre-Petition Cash Management System" (the "Cash Management Motion"), and having found good cause for granting same, the Court hereby orders that:

    1.    The Motion is granted.

    2.    A hearing on the Cash Management Motion shall be conducted on

DLEV\ 605479.1 11/25/2009 (1:41 PM)

December 2, 2009, at 10:30 a.m., Pacific Time, in Courtroom "5D" of the United States Bankruptcy Court, Central District of California, Santa Ana Division, located at 411 West Fourth Street, Santa Ana, California 92701-4593, before the Honorable Robert Kwan, United States Bankruptcy Judge, presiding.

3.  Written notice of the hearing (the "Notice") on the Cash Management Motion shall be served by the Debtor by facsimile, first class mail, or email on the Office of the United States Trustee, the twenty largest unsecured creditors, secured creditors and parties in interest.

4.  The Notice shall provide that any oppositions to the approval of the Cash Management Motion may be presented at the time of hearing on the Cash Management Motion.

5.  The Debtor shall file a proof of service of the Notice at or before the time of the hearing on the Cash Management Motion.

###

DATED: November 25, 2009

_____
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING MOTION FOR ORDER SHORTENING TIME FOR HEARING RE EMERGENCY MOTION FOR ORDER AUTHORIZING MAINTENANCE OF PRE-PETITION CASH MANAGEMENT SYSTEM** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of **November 25, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

- Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
- Daniel A Lev     dlev@sulmeyerlaw.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL**:  A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:**  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION**

**Debtor**
National Merchant Center, Inc.
18300 Von Karman Avenue
Suite 850
Irvine, CA 92612

**Twenty Largest Unsecured Creditors**

Moscow Int'l. Quality Trading
c/o Paul N. Phillips, Esq.
Law Offices of Paul N. Phillips
801 North Brand Blvd., Suite 665
Glendale, CA 91203

Alexy Pitt/Harold Katzovitz
c/o Y. Gina Lisitsa, Esq.
Law Offices of Gina Lisitsa
5455 Wilshire Boulevard., Suite 901
Los Angeles, CA 90036

Yan Abramov
c/o Olonoff Asen & Serebro LLP
500 Fifth Avenue
Suite 800
New York, NY 10110

Faina Rozen
c/o Gary Salomons, Esq.
Ecoff, Law & Salomons, LLP
280 South Beverly Drive, Suite 504
Beverly Hills, CA 90212

Svetlana Bykova
5448 Tampa Avenue
Lucerne Valley, CA 92356

NMCCA, Inc.
10680 West Pico Boulevard
Suite 300
Los Angeles, CA 90064

Internal Revenue Service
Ogden, UT 84201

Alan Kleinman
16060 Ventura Boulevard
Suite 300
Encino, CA 91436

Bella Figura, Inc.
8095 East Oak Ridge Circle
Anaheim, CA 92808

Cuatrecasas Paseo de Gracia
111 08008
Barcelona Espana

Bello Consulting, Inc.
8635 West Sahara Boulevard
No. 280
Las Vegas, NV 89117

ViaWest
Attn: Accounts Receivable
1200 17th Street
Suite 1150
Denver, CO 80202

Pylon Group, LLC
28715 Los Alisos Boulevard
Suite 7410
Mission Viejo, CA 92692

Robert Middleton
1786 Tarpon Bay Drive South
No. 101
Naples, FL 34119

John C. Hauler
Post Office Box 18142
Anaheim, CA 92817

Ace USA
Department CH 14089
Palatine, IL 60055

NitroSecurity
230 Commerce Way
Suite 325
Portsmouth, NH 03801

JusPure, Inc.
1007 North Acacia
Fullerton, CA 92831

**Creditors**

CIT Technology Financial Services
Post Office Box 100706
Pasadena, CA 91189

CNA Insurance
Policy No. 2084637847
201 California Street, Suite 200
San Francisco, CA 94111

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Unit
Post Office Box 2952
Sacramento, CA 95812

Internal Revenue Service
Insolvency I Stop 5022
300 North Los Angeles St., Rm 4062
Los Angeles, CA 90012-9903

Michael J. Buley, Esq.
Law Offices of Michael J. Buley
1103 Quail Street
Newport Beach, CA 92660

Roman Balanko
18300 Von Karman Avenue
Suite 850
Irvine, CA 92612

Terry D. Shaylin, Esq.
Karasik Law Group, LLP
801 South Figueroa Street
Suite 2170
Los Angeles, CA 90017

The Hartford
Policy No. 72 WEC LM791
3600 Wiseman Boulevard
San Antonio, TX 78251

Timothy R. Hanigan, Esq.
Lang Hanigan & Carvalho, LLP
21021 Ventura Boulevard
Suite 450
Woodland Hills, CA 91364

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9021-1.1**