FILED & ENTERED

DEC 14 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber DEPUTY CLERK

Victor A. Sahn (CA Bar No. 97299)
  vsahn@sulmeyerlaw.com
Dean G. Rallis Jr. (CA Bar No. 94266)
  drallis@sulmeyerlaw.com
Daniel A. Lev (CA Bar No. 129622)
  dlev@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

(Proposed) Attorneys for National Merchant Center, Inc., Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NATIONAL MERCHANT CENTER, INC., a California corporation,<br><br>Debtor. | Case No. 8:09-bk-22825-RK<br><br>Chapter 11<br><br>**ORDER, AFTER HEARING, GRANTING EMERGENCY MOTION FOR ORDER (1) AUTHORIZING PAYMENT OF (A) PRE-PETITION ACCRUED EMPLOYEE WAGES AND SALARIES, (B) THE DEBTOR'S SHARE OF PRE-PETITION EMPLOYMENT TAXES ON PRE-PETITION ACCRUED EMPLOYEE WAGES AND SALARIES, (2) HONORING EXISTING PERSONNEL POLICIES IN THE ORDINARY COURSE OF BUSINESS, AND (3) REQUIRING APPLICABLE BANKS AND OTHER FINANCIAL INSTITUTIONS TO RECEIVE, PROCESS, HONOR, AND PAY ALL CHECKS PRESENTED FOR PAYMENT AND TO HONOR ALL FUND TRANSFER REQUESTS MADE BY THE DEBTOR RELATING TO THE FOREGOING**<br><br>Date: December 2, 2009<br>Time: 10:30 a.m.<br>Place: Courtroom "5D" |

DLEV\ 607546.1 12/14/2009 (12:44 PM)

On December 2, 2009, the Court, the Honorable Robert Kwan, United States Bankruptcy Judge, presiding, considered the "Emergency Motion for Order (1) Authorizing Payment of (A) Pre-Petition Accrued Employee Wages and Salaries, (B) the Debtor's Share of Pre-Petition Employment Taxes on Pre-Petition Accrued Employee Wages and Salaries, (2) Honoring Existing Personnel Policies in the Ordinary Course of Business, and (3) Requiring Applicable Banks and Other Financial Institutions to Receive, Process, Honor, and Pay All Checks Presented for Payment and to Honor All Fund Transfer Requests Made By the Debtor Relating to the Foregoing" (the "Motion"), filed by National Merchant Center, Inc., a California corporation (the "Debtor"), the debtor and debtor in possession in the above-captioned case. The Debtor appeared by and through its proposed general bankruptcy counsel of record, Daniel A. Lev, **Sulmeyer**Kupetz, A Professional Corporation. Other appearances were as reflected on the record of the hearing on the Motion.

After consideration of the Motion and Declaration of Roman Balanko in support of the Motion, and after consideration of the statements and arguments of counsel and the evidence presented at the hearing, and after finding that this Court has jurisdiction to approve the Motion, and after further finding that notice of the hearing on the approval of the Motion was proper under the circumstances of this case, and for good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion is granted on the terms set forth herein.

2. The Debtor is authorized (a) to pay the pre-petition payroll, related withholding taxes and related costs and expenses for each of the full time, part time, salaried and hourly employees in the amounts identified on Exhibit "A" attached to the Motion, provided, however, that the Debtor shall not be authorized to pay the pre-petition payroll for any officer of the Debtor, pending further order of the Court, (b) to honor pre-petition accrued vacation in the ordinary course of business for said employees, (c) to honor existing personnel policies in the ordinary course of business, and (d) requiring

1  applicable banks and other financial institutions to receive, process, honor, and pay all
2  checks presented for payment and to honor all funds transfer requests made by the
3  Debtor relating to the foregoing.
4     3. All applicable banks and other financial institutions shall be, and
5  hereby are authorized and directed, to receive, process, honor and pay any and all
6  checks drawn on the Debtor's payroll account related to payment of pre-petition payroll
7  for the individuals identified in Exhibit "A" attached to the Motion which payment has been
8  authorized hereby, whether the checks were presented for payment prior to or after the
9  petition date.

###

DATED: December 14, 2009

_____
United States Bankruptcy Judge

| In re: | CHAPTER: 11 |
|---|---|
| National Merchant Center, Inc., a California corporation | |
| Debtor(s). | CASE NUMBER: 8:09-bk-22825-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California  90071-1406

A true and correct copy of the foregoing document described as  **ORDER, AFTER HEARING, GRANTING EMERGENCY MOTION FOR ORDER (1) AUTHORIZING PAYMENT OF (A) PRE-PETITION ACCRUED EMPLOYEE WAGES AND SALARIES, (B) THE DEBTOR'S SHARE OF PRE-PETITION EMPLOYMENT TAXES ON PRE-PETITION ACCRUED EMPLOYEE WAGES AND SALARIES, (2) HONORING EXISTING PERSONNEL POLICIES IN THE ORDINARY COURSE OF BUSINESS, AND (3) REQUIRING APPLICABLE BANKS AND OTHER FINANCIAL  INSTITUTIONS TO RECEIVE, PROCESS, HONOR, AND PAY ALL CHECKS PRESENTED FOR PAYMENT AND TO HONOR ALL FUND TRANSFER REQUESTS MADE BY THE DEBTOR RELATING TO THE FOREGOING**  will  be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On December 10, 2009  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Robert Kwan
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701-4593

Nancy S. Goldenberg
Office of the United States Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

**Debtor**
National Merchant Center, Inc.
18300 Von Karman Avenue
Suite 850
Irvine, CA 92612

☐ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                          **F 9013-3.1**

| In re: | | CHAPTER: 11 |
|---|---|---|
| National Merchant Center, Inc., a California corporation | | |
| | Debtor(s). | CASE NUMBER: 8:09-bk-22825-RK |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 10, 2009 | Denise Givens | */s/ Denise Givens* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                   **F 9013-3.1**

| n re:                                                      | CHAPTER: 11                          |
|------------------------------------------------------------|--------------------------------------|
| National Merchant Center, Inc., a California corporation   |                                      |
|                                                 Debtor(s). | CASE NUMBER: 8:09-bk-22825-RK        |

**NOTE TO USERS OF THIS FORM:**
1. Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2. The title of the judgment or order and all service information must be filled in by the party lodging the order.
3. **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4. **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled  **ORDER, AFTER HEARING, GRANTING EMERGENCY MOTION FOR ORDER (1) AUTHORIZING PAYMENT OF (A) PRE-PETITION ACCRUED EMPLOYEE WAGES AND SALARIES, (B) THE DEBTOR'S SHARE OF PRE-PETITION EMPLOYMENT TAXES ON PRE-PETITION ACCRUED EMPLOYEE WAGES AND SALARIES, (2) HONORING EXISTING PERSONNEL POLICIES IN THE ORDINARY COURSE OF BUSINESS, AND (3) REQUIRING APPLICABLE BANKS AND OTHER FINANCIAL INSTITUTIONS TO RECEIVE, PROCESS, HONOR, AND PAY ALL CHECKS PRESENTED FOR PAYMENT AND TO HONOR ALL FUND TRANSFER REQUESTS MADE BY THE DEBTOR RELATING TO THE FOREGOING**   was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of <u>December 10, 2009</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Nancy S. Goldenberg       -        nancy.goldenberg@usdoj.gov
Daniel A. Lev             -        dlev@sulmeyerlaw.com

☐ Service Information continued on attached page.

**II.  SERVED BY THE COURT VIA U.S. MAIL**:  A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
National Merchant Center, Inc.
18300 Von Karman Avenue
Suite 850
Irvine, CA 92612

☐ Service Information continued on attached page.

**III.  TO BE SERVED BY THE LODGING PARTY:**  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                   **F 9021-1.1**