Daniel A. Lev (CA Bar No. 129622)
dlev@sulmeyerlaw.com
SulmeyerKupetz
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California  90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for National Merchant Center, Inc.,
Reorganized Debtor



FILED & ENTERED

APR 02 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY firman    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re

NATIONAL MERCHANT CENTER, INC.,
a California corporation,

　　　　　Debtor.

Case No. 8:09-bk-22825-CB

Chapter 11

**ORDER GRANTING MOTION AUTHORIZING ENTRY OF FINAL DECREE**

DATE:　March 18, 2015
TIME:　10:00 a.m.
PLACE:　Courtroom 5D
　　　　411 W 4th St,
　　　　Santa Ana, CA 92701

　　　A continued hearing was held on March 18, 2015, at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on Motion of Reorganized Debtor for Order Authorizing Entry of Final Decree filed July 1, 2014 as Docket #310 ("Motion").  Appearances were made as noted on the record.

//

//

//

The Court having read and considered the Motion, heard statements of counsel and with good cause shown,

**IT IS ORDERED:**

1.)   The Motion is granted and this case is closed.

###

Date: April 2, 2015

Catherine Bauer
United States Bankruptcy Judge